Young Woo & Assoc., LLC, et al., Respondents, v Andrew Y. Kim, Defendant. Christine A. Rodriguez, Nonparty Appellant.

Submitted May 27, 2014; decided June 30, 2014

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.